27209. LOVELESS *v.* MCCOLLUM.

STEPHENS, P. J. In conformity to the answer of the Supreme Court to certified questions in this case (189 *Ga.* 219, 5 S. E. 2d, 582), the writ of error is dismissed. Direction is given that the official copy of the bill

168

of exceptions of file in the office of the clerk of the trial court shall operate as exceptions pendente lite.

*Writ of error dismissed, with direction.  Sutton and Felton, JJ., concur.*

DECIDED NOVEMBER 29, 1939.

*H. A. Etheridge,* for plaintiff.
*A. C. Corbett, Howard, Tiller & Howard,* for defendant.